# MEMORANDUM DECISIONS

## 1

STATE NATIONAL BANK v. W. A. DAVIDSON et al. (No. 849–4925.) Commission of Appeals of Texas, Section B. Feb. 15, 1928. Error to Court of Civil Appeals of Eleventh Supreme Judicial District. On motion to dismiss writ of error. See, also, 295 S. W. 311. Gross & Gross and John T. Ranspot, both of Mineral Wells, and I. W. Stephens, of Fort Worth, for plaintiff in error. Goree, Odell & Allen, of Fort Worth, and W. Percy Smith and John W. Moyers, both of Mineral Wells, for defendant in error.

SHORT, P. J. The parties, plaintiff in error State National Bank and defendants in error, William Frost, Administrator, and J. C. Llewellyn, have filed their joint motion to dismiss the writ of error at the cost of the plaintiff in error, stating in the motion that all matters in controversy in this appeal between them have been settled. We recommend that this motion be granted, the costs to be adjudged against the

plaintiff in error in accordance with the stipulations in the motion.

GREENWOOD and PIERSON, JJ. Writ of error dismissed as per agreement of parties.

## 2

C. B. ARCHER, alias J. D. Miller, v. STATE. (No. 11539.) Court of Criminal Appeals of Texas. Feb. 8, 1928. Appeal from District Court, Jones County; W. R. Chapman, Judge. Kirby, King & Overshiner, of Abilene, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for possessing intoxicating liquor for purposes of sale; punishment, three years in the penitentiary. We find nothing in the record in the way of a statement of facts or bill of exceptions. The indictment correctly charges the offense, and is followed by the charge of the court, and the judgment and sentence are also regular. No error appearing, the judgment is affirmed.

## 3

Harold BOMBERGER v. STATE. (No. 11456.) Court of Criminal Appeals of Texas. Feb. 1, 1928. Appeal from Criminal District Court No. 2, Dallas County; C. A. Pippen, Judge. T. M. Palumbo, of Dallas, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for robbery; punishment, 50 years in the penitentiary. The record appears here without any statement of facts or bills of exception. The indictment charges in appropriate language and in proper form robbery by the use and exhibition of a firearm and the taking from the person $150 in money. The charge of the court presents the law applicable to the offense laid in the indictment. The judgment and sentence are in accordance with the statute. No error appearing, the judgment will be affirmed.

## 4

Fred BURKETT v. STATE. (No. 11359.) Court of Criminal Appeals of Texas. Feb. 15, 1928. Appeal from Criminal District Court, Dallas County; Grover C. Adams, Judge. Huling P. Robertson, of Dallas, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. Conviction is for theft; punishment being 10 years in the penitentiary. Appellant has filed his affidavit advising this court that he does not wish to further prosecute his appeal, but desires to withdraw same. In compliance with his request, the appeal is ordered dismissed.